**2003-0464.   State v. Peoples.**
Franklin App. No. 02AP–363, 2003-Ohio-151. Discretionary appeal allowed; cause consolidated with 2003-0595, *State v. Peoples,* Franklin App. No. 02AP–363, 2003-Ohio-151; and causes to be argued on the same date as the argument in 2003-0358 and 2003-0562, *State v. Kelly,* Muskingum App. No.

CT20020027, 2003-Ohio-337.

RESNICK and F.E. SWEENEY, JJ., dissent.